SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Christopher Kate, et al,<br><br>    Defendants | Case No.: CIV.S 10-cv-02368-MCE-KJN<br><br>**STIPULATED DISMISSAL RE DISMISSAL OF FILZAH AUTO MANAGEMENT, INC.; JAMES R. KIDDER AND ORDER**<br><br>Complaint Filed:  SEPTEMBER 2, 2010 |

**IT IS HEREBY GRANTED** that Defendants (Filzah Auto Management, Inc.; James R. Kidder) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (Filzah Auto Management, Inc.; James R. Kidder) are dismissed because Plaintiff and these Defendants have settled their dispute. This case involved a retail center with multiple business operators and multiple real estate parcels with separate property owners. The Defendants related to this dismissal correlate to one of the real estate parcels and its property owner and the only business operator defendant located

1 on that parcel. The settlement agreement relates solely to these two defendants in regards to both
2 monetary damages and injunctive relief.

Dated: October 28, 2010                    /s/Daniel M. Steinberg_____
                                                            DANIEL M. STEINBERG
                                                            Attorney for Defendants,
                                                            James R. Kidder;
                                                            Filzah Auto Management, Inc.

Dated: October 27, 2010                    /s/Scott N. Johnson_____
                                                            SCOTT N. JOHNSON
                                                           Attorney for Plaintiff

    IT IS SO ORDERED.
DATED: November 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE