1 SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
2 5150 FAIR OAKS BLVD., SUITE 101
PMB #253
3 CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
4 FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

5 Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 10-cv-02368-MCE-KJN |
| Plaintiff, | **REQUEST RE DISMISSAL SHOOTERS BILLIARDS, LLC AND ORDER** |
| vs. | |
| Christopher Kate, et al, | Complaint Filed: SEPTEMBER 2, 2010 |
| | **CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |
| Defendants | |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Shooters Billiards, LLC, Individually and d/b/a Diamond Billiards) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).

///
///
///
///
///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  This case is to remain open with remaining Defendants.  Defendant (Shooters Billiards, LLC,
2  Individually and d/b/a Diamond Billiards) is dismissed because this Defendant is not a proper
3  party.
4
5  Dated: November 13, 2010               /s/Scott N. Johnson
                                          SCOTT N. JOHNSON
6                                         Attorney for Plaintiff

7  **IT IS SO ORDERED**.

8  DATED: November 16, 2010
9
10                                        _____
                                          MORRISON C. ENGLAND, JR
11                                        UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com