SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Christopher Kate, et al<br><br>        Defendants | Case No. **2:10-cv-02368-MCE-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF ROSHAN L. MINHAS; MEENA MINHAS**<br><br>Case to Remain Open as to Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendants Roshan L. Minhas and Meena Minhas are hereby dismissed With Prejudice.  This case is to remain open as the remaining Defendants to this action.

DATED: January 25, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-02368-MCE-KJN - 1