SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Christopher Kate, et al<br><br>          Defendants | Case No. **2:10-cv-02368-MCE-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL AS TO JUNG HEE YOON; JUNG YE YI; HASAAN S. ALGAZZALI; KATIBA M. ALGAZZALI**<br><br>Case to Remain Open as to Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendants Jung Hee Yoon; Jung Ye Yi; Hasaan S. Algazzali; Katiba M. Algazzali are hereby dismissed With Prejudice.  This case is to remain open as to the remaining Defendants in this matter.

DATE:   February 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE